**ART METAL WORKS, Inc., Plaintiff-Appellant, v. NATIONAL SILVER CO., Inc., Defendant-Appellee.**

No. 251.

Circuit Court of Appeals, Second Circuit.

April 4, 1938.

Ward, Crosby & Neal, of New York City (Kenneth S. Neal, of New York City, of counsel), for appellant.

John P. Chandler, of New York City, for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Nat Lewis Purses v. Carole Bags, 2 Cir., 83 F.2d 475, and Berlinger v. Busch Jewelry Co., 2 Cir., 48 F.2d 812.

---

**Harry M. BLAIR, Robert Owston, and Joseph Walsh, Common Stockholders Committee, Interveners, et al., Appellants, v. E. McLain WATTERS, Arthur Peck, and Pierce Archer, Jr., Debentureholders' Protective Committee, et al., Appellees.**

No. 4286.

Circuit Court of Appeals, Fourth Circuit.

Jan. 5, 1938.

George Pfeil, of New York City, Poffenbarger & Poffenbarger, of Charleston, W. Va., and Albert L. Cox, of Washington, D. C., in support of petition for appeal.

Stanley C. Morris, of Charleston, W. Va., in opposition thereto.

Appeal denied. Order filed.